

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Thomas McPhillips Raffaelli, Appellant

No. 06-14-00082-CV          v.

Fredye Long Alford, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 11-C-0202-102). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the costs of this appeal be taxed against the party incurring them.

RENDERED NOVEMBER 14, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk